IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )    2:09-cv-2016-GEB-KJM
          Plaintiff,           )
                               )    ORDER RE: SETTLEMENT
     v.                        )    AND DISPOSITION
                               )
                               )
SUNSET INVESTORS, a California )
general partnership,           )
                               )
          Defendant.           )
_____)
```

        On October 5, 2009 Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action," and a dispositional document will be filled "within twenty (20) calendar days." Therefore, a dispositional document shall be filed no later than October 26, 2009. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        The status conference scheduled for October 19, 2009 is continued to commence at 9:00 a.m. on December 14, 2009, in the event

1

1 | that no dispositional document is filed, or if this action is not
2 | otherwise dismissed.  Further, a joint status report shall be filed
3 | fourteen days prior to the status conference.[1]
4 |         IT IS SO ORDERED.
5 | Dated:  October 8, 2009

                                        GARLAND E. BURRELL, JR.
                                        United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify discontinuance of a calendered scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2