IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
SCOTT N. JOHNSON,              )
                               )     2:09-cv-2016-GEB-KJM
               Plaintiff,      )
                               )
     v.                        )     ORDER OF DISMISSAL
                               )
SUNSET INVESTORS, a California )
general partnership,           )
                               )
               Defendant.      )
                               )
```

On October 5, 2009 Plaintiff filed a Notice of Settlement in which he states "the parties have settled this action," and a dispositional document will be filed "within twenty (20) calendar days." Therefore, an "Order Re Settlement and Disposition" was filed on October 8, 2009 ("October 8 Order") in which it was stated "a dispositional document shall be filed no later than October 26, 2009" and "[f]ailure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed." (October 8 Order 1:20-24.)

Since no response to the October 8 Order has been filed, and

//

//

//

1  no reason has been provided for the continued pendency of this action,
2  this action is dismissed.

3  Dated: November 20, 2009

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```